■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE PLANCHE, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on August 6, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.

■ The People of the State of New York, Respondent, v Pedro Barrado, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on July 17, 1986, unanimously affirmed.